■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY CONIGLIARO, Appellant.—Appeal by the defendant, as limited by his motion, from a sentence of the County Court, Suffolk County (Seidell, J.), imposed November 30, 1987.

Ordered that the sentence is affirmed.

The sentence imposed was appropriate. The defendant's request for vacatur of the mandatory surcharge due to indigency is premature since the defendant is incarcerated (see, Penal Law § 60.35 [5]; *People v West,* 124 Misc 2d 622; *People v Peralta,* 127 AD2d 803; *People v Perrine,* 111 AD2d 193). Mollen, P. J., Mangano, Eiber and Sullivan, JJ., concur.